**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STEVEN ONEIL FINOL RAMOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2194-SLP |
| | ) | |
| WARDEN DIAMONDBACK FACILITY, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus [Doc. No. 1] is GRANTED IN PART. In accordance with the Order, Respondents shall provide Petitioner with a bond hearing, or in the alternative release him.

ENTERED this 29th day of October, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE